AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Tri-Corner Investments, LLC | ) | SAMC14-00005 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:07 CV 0383 |
| First Defense International Groups, Inc. et al | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  02/04/2008

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 7/22/11

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

FILED
2014 FEB 27 PM 2:35
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: ___

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION OF DAYTON, OHIO

| | | |
|---|---|---|
| TRI-CORNER INVESTMENTS, LLC | : | CASE NO.: **3: 07 CV 0383** |
| Plaintiff, | : | JUDGE: WALTER H. RICE |
| -VS- | : | |
| FIRST DEFENSE INTERNATIONAL GROUP, INC., et al. | : | JUDGMENT ENTRY |
| Defendant. | : | |

UPON the Hearing for Damages on Plaintiff's Default Judgment against Defendants, First Defense International Group, Inc. and Christopher Badsey held in this Court on February 1, 2008 and pursuant to the testimony and evidence presented by the Plaintiff, it is hereby ORDERED that a Judgment is rendered against First Defense International Group, Inc. and Christopher Badsey in the amount of four hundred and seventy-six thousand, three-hundred and twenty three dollars and seventy-two cents ($476,323.72) in compensatory damages and four hundred and seventy-six thousand, three-hundred and twenty three dollars and seventy-two cents ($476,323.72) in punitive damages for a total amount of nine-hundred and fifty-two thousand, six hundred and forty seven dollars and forty-four cents **($952,647.44).**



**SO ORDERED.**

_____
**JUDGE WALTER H. RICE**

**BY:**

_____
**ANTONY A. ABBOUD (0078151)**
**Attorney for Plaintiff**

**Copies mailed to the following parties:**

1) Antony A. Abboud, Skelton, Mcquiston, Gounaris & Henry, 130 W. Second St., Suite 1818, Dayton, Ohio 45402
2) FIRST DEFENSE INTERNATIONAL GROUP, INC. c/o Chris Badsey, 24843 Del Prado #323, Dana Point, CA 92629
3) CHRIS BADSEY 24843 Del Prado #323, Dana Point, CA 92629
4) JACK MALLORY 24843 Del Prado #323, Dana Point, CA 92629
5) STEVE HODGES 24843 Del Prado #323, Dana Point, CA 92629